## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-25-00056-CR
_____

## MARTIN SALDANA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. 23DC-CR-00690**

## MEMORANDUM OPINION

A jury found Appellant Martin Saldana guilty of possession of a controlled substance with intent to deliver, a first-degree felony. *See* Tex. Health & Safety Code Ann. § 481.112(a), (f). The trial court assessed Saldana's punishment at sixty-five years of imprisonment and assessed a $150,000 fine and $180 in restitution.

Saldana's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes the appeal is frivolous. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex.

1

Crim. App. 1978). On June 6, 2025, we granted an extension of time for Saldana to file a pro se brief, and Saldana filed no response.

Upon receiving an *Anders* brief, this Court must conduct a full examination of all the proceedings to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire record and counsel's brief, and we have found nothing that would arguably support the appeal. *Bledsoe v. State*, 178 S.W.3d 824, 827-28 (Tex. Crim. App. 2005) ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1."). Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

JAY WRIGHT
Justice

Submitted on October 6, 2025
Opinion Delivered October 15, 2025
Do Not Publish

Before Golemon, C.J., Wright and Chambers, JJ.

---

[1]Saldana may challenge or decision in this case by filing a petition of discretionary review with the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 68.1.

2